**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AKMALKHON AHMADKHON,** | : | **CIVIL ACTION** |
| **UGLI ISMAILOV** | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  26-cv-5127** |
| **JAMISON, L.J. et al,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 24th day of July, 2026, the Clerk of Court is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez